```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:09-CR-393-CAP-LTW |
| PHILLIP EMANUEL, | |
| Defendant. | |

## **O R D E R**

This matter is currently before the court on the November 9, 2010, Final Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 80]. The court notes that the defendant has filed no objection to the R&R. After carefully considering the R&R [Doc. No. 80], the court receives it with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this <u>6th</u> day of December, 2010.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge